JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JERMAINE ALEXANDER BARNES,

                Petitioner,

       v.

WARREN L. MONTGOMERY,

                Respondent.

Case No. EDCV 21-1424-SB(KS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

Dated:  August 13, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge